◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES E. FELTEN, Appellant. [54 NYS3d 905]—Appeal from a judgment of the Cayuga County Court (Thomas G. Leone, J.), rendered July 31, 2014. The judgment convicted defendant, upon his plea of guilty, of attempted criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Peradotto, DeJoseph, NeMoyer and Troutman, JJ.